Red Target, LLC v Lane No. 1 (2024 NY Slip Op 06496)

Red Target, LLC v Lane No. 1

2024 NY Slip Op 06496

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

912 CA 24-01075

[*1]RED TARGET, LLC, DOING BUSINESS AS SCJ COMMERCIAL FINANCIAL SERVICES, PLAINTIFF-RESPONDENT,
v
LANE NO. 1, DOING BUSINESS AS ROUTE 11 CLUB, DEFENDANT, AND RICHARD L. SPOSATO, ALSO KNOWN AS RICHARD SPOSATO, DEFENDANT-APPELLANT. 

RICHARD L. SPOSATO, DEFENDANT-APPELLANT PRO SE.

 Appeal from an order of the Supreme Court, Onondaga County (Joseph E. Lamendola, J.), entered December 15, 2023. The order denied the motion of defendant Richard L. Sposato, also known as Richard Sposato, to vacate a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court